UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| **Case No.** | **CV 26-7061 FMO (ASx)** | **Date** | **October 16, 2026** |
| **Title** | **Andrea F. Pungi v. Amazon.com, Inc., et al.** | | |

| | |
|---|---|
| Present: The Honorable | Fernando M. Olguin, United States District Judge |

| | |
|---|---|
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** **(In Chambers) Order Re: Further Proceedings**

Having reviewed the parties' Joint Notice of Settlement of Merits and Stipulation to Withdraw Pending Motions, Vacate Hearing, and Stay Discovery, (Dkt. 36, "Notice of Settlement"), IT IS ORDERED that:

1. Plaintiff's Motion to Remand **(Document No. 21)** is denied without prejudice.

2. Amazon's Motion to Dismiss **(Document No. 25)** is denied without prejudice

3. The parties shall, no later than **November 6, 2026**, file dismissal papers, other appropriate settlement-implementation papers, and a joint status report addressing the collateral attorneys' fees and costs issues. **Failure to file comply with the requirements set forth in this Order shall result in the matter being placed back on the court's calendar.**

| | | |
|---|---|---|
| | 00 : 00 | |
| Initials of Preparer | vdr | |